**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Castillo, et al., | No. CV-22-00798-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| K.B. Wallworx Incorporated, et al., | |
| Defendants. | |

Pursuant to the Court's Preliminary Order:

> Motions and stipulations should be accompanied by proposed orders. These proposed orders must not be on law firm letterhead and must not contain any information identifying the party submitting the order, and they must set forth the relief requested, rather than incorporating the motion or stipulation by reference. *See also* LRCiv. 7.1(b)(3). The proposed orders must be emailed—in Microsoft Word format (*not* PDF)—to lanza_chambers@azd.uscourts.gov. The subject line of the email must include the case name, case number, the words "proposed order for [name of motion]," and an indication of whether the motion is opposed or unopposed if this is not otherwise apparent from the name of the motion.

(Doc. 18 at 4.)

Plaintiffs have filed a motion for conditional certification. (Doc. 41.) No proposed order was submitted as required by the Court's Preliminary Order.

Accordingly,

**IT IS ORDERED** that Plaintiffs shall email the Court a proposed order by **June 16, 2023**.

**IT IS FURTHER ORDERED** that the parties' stipulation (Doc. 42) is granted.

The deadline for Defendant Spencer's Air Conditioning & Appliance, Inc. dba Spencer's TV & Appliance to respond to the motion for conditional certification is extended to **June 16, 2023**.

Dated this 8th day of June, 2023.

*Dominic W. Lanza*
United States District Judge