# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Castillo, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>K.B. Wallworx Incorporated, et al.,<br><br>    Defendants. | NO. CV-22-00798-PHX-DWL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed August 12, 2024, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed.

                              Debra D. Lucas
                              District Court Executive/Clerk of Court

October 16, 2024

                              s/ K. James
                         By   Deputy Clerk